Original

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name: Rafael Chavez-Alvarez AV-6577, U-316
        (Last)            (First)            (Middle Initial)

Prisoner Number: AV-6577

Institutional Address: CMF P.O. Box 2000

Vacaville, Ca. 95696

FILED
MAY 24 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Rafael Chavez-Alvarez,
(Enter your full name.)

vs.

City of San José Police Dept.,
Lt. Lagorio, Sgt. Carys, Police Officers
Monzon #4147, Marco, Ancelet, Torres-
4175 or 4125, Rollins # 4272, Roberts,
4079, Does 1-15
(Enter the full name(s) of the defendant(s) in this action.)

Case No. CV16 2796
(Provided by the clerk upon filing)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C. § 1983

JURY TRIAL DEMANDED

I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement   CMF Vacaville Medical Facility

B. Is there a grievance procedure in this institution?   YES [X]   NO [ ]

C. If so, did you present the facts in your complaint for review through the grievance procedure?   YES [ ]   NO [ ]   Not Applicable

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: This is a complaint against the Police department and it's officers.

2. First formal level: _Same as above_

3. Second formal level: _Same as above_

4. Third formal level: _Same as above_

E. Is the last level to which you appealed the highest level of appeal available to you?

   YES ☐    NO ☐ · Not applicable

F. If you did not present your claim for review through the grievance procedure, explain why. This is a complaint against the police officers and their dept.

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
SEE ATTACHED COMPLAINT FILED CONCURRENTLY WITH THIS FORM

B. For each defendant, provide full name, official position and place of employment.
SEE ATTACHED COMPLAINT FILED CONCURRENTLY WITH THIS FORM

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

SEE ATTACHED COMPLAINT FILED CONCURRENTLY WITH THIS FORM

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

SEE ATTACHED COMPLAINT FILED CONCURRENTLY WITH THIS FORM

PLEASE SEND THE INFORMA PAUPERIS APPLICATION TO THE PLAINTIFF AT THE ADDRESS ABOVE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 5/11/16

Date

X _Chavez Rafael_

Signature of Plaintiff
Rafeal Chavez-Alvarez AV-6577

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

Rafael Chavez-Alvarez AV-6577,U-316
CMF P.O. Box 2000
Vacaville.Ca.95696

**UNITED STATES DISTRICT COURT FOR NORTHERN CALIFORNIA(S.J.)**

Rafael Chavez-Alvarez,           CASE#_____
         Plaintiff,              Complaint per Title 42,U.S.C. §1983,
     vs                          herein but not limited thereto.
City of SanJose Police-
Department,Lt.Lagorio,           JURY TRIAL DEMAND
Sgt.Carys,Police Officers-
Monzon#4147,Marco,Ancelet,-
Torres#4175,or 4125,Rollins-
#4272,Roberts #4079,
Does 1-15,
         Defendants.

### JURISDICTION AND VENUE

This is a Civil Rights action authorized by 42 U.S.C. §1983,to redress the deprivation, under color of state law of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. §1331,1343,(a)(3).

The Northern District of California in San Jose is the appropriate venue under 28 U.S.C. §1391,(b)(2) because it is where the events giving rise to this claim occurred.

### PLAINTIFF

Plaintiff Rafael Chavez-Alvarez AV-6577,was at all times mentioned herein an arrestee and pre-trial detainee in the County of Santa Clara in the City of San Jose. In the custody of the San Jose Police Department and it's employees.Herein but not limited thereto. Plaintiff is currently confined at CMF in Vacaville,Ca 95696.

### DEFENDANTS

All defendants were at the times of the alleged occurence employees of the San Jose Police Department.
Each defendant is sued in his individual and official capacities
At all times mentioned in this complaint each defendant acted under color of state law. Herein but not limited thereto.
The following "STATEMENT OF THE CASE" are declared under penalty of perjury per Title 28,§1746,herein but not limited thereto.
The plaintiff has personal knowledge of the following facts.

Rafael Chavez-Alvarez, AV-6577-U-216
CMF P.O.Box 2000
Vacaville,Ca.95696

UNITED STATES DISTRICT COURT FOR NORTHERN CALIFORNIA (S.J.)

Rafael Chavez-Alvarez,  CASE# _____
    Plaintiff,  Civil Rights Complaint per §1983,et seq.
  vs  JURY TRIAL DEMAND
City of San Jose Police Department,Lt.Lagorio,Sgt.Carys,
Police Officer's Monzon#4147,
Marco,Ancelet,Torrs#4175,or 4125,
Rollins#4272,Roberts#4079,Does,1-15,
    Defendants.

The plaintiff Rafael Chavez-Alvarez hereby files this instant civil rights complaint for violations of his U.S. Constitutional rights guaranteed by the 8th and 14th Amendments herein but not limited thereto.

                STATEMENT OF THE CASE.

On 2/9/14, the plaintiff was shot multiple times by two officers during my arrest. But, after 7 months of state impeded access to the trial case file by the San Jose Public Defenders office the plaintiff was ONLY through California State Bar Complaint process able to secure the documentary evidence to be able to file a civil rights action with cognizable claims of deprivations/violations of plaintiff's U.S. Constitutional Rights.

During the review of the trial case file it became clear that the defendants had failed to properly investigate the excessive use of force. Solely intended to cause harm and kill the plaintiff and then "covered-up" the actual events.
The plaintiff was shot at least 16 times from two officers and ONLY one is named as a shooter in the investigation. Moreoever, the plaintiff was tasered by two officers multiples times after being shot and hit multiple times! Even with his hands up!!
See exhibits A-T,from San Jose Police Departments own investigation of shooting/arrest of the plaintiff. (hereafter S.J.P.D.).
It is my verified complaint under penalty of perjury that these officers were trying to kill me and not arrest me. Intentionally trying to harm me for no legitimate lawful purpose.

The defendants actions were intended to cause harm unrelated to legitimate object of arrest or self-protection,Secondly,defendants had a purpose to harm the plaintiff unrelated to legitimate law enforcement objective.Citing Wilkinson v Torres 610 F.3d.546-(9th Cir.2010). Herein but not limited thereto.
The defendants actions can be construed as "shocking the conscience". the correct standard in this case.
The exhibits outline that there is significant and material issues in dispute that can require further discovery and may lead to additional defendants due to the public defenders office refusing to provide a full accounting of all the trial case file to the plaintiff herein. Thereby creating a state created impediment to the timely filing of this instant civil rights action.
Thereby tolling the timeliness of this filing. See exhibits U-Y Letters to and from the California State Bar and the plaintiff.

The above events constitute a malicious and sadistic violation(s) of the 8th Amendments prohibition against cruel and unusual punishment. The defendants conduct cannot be reconciled with the record as to jusitify this excessive use of force solely intended to harm the plaintiff without any lawful purpose and solely to inflict harm upon the plaintiff.

I.

## LEGAL CLAIMS

Plaintiff hereby incorporates and reallege by reference paragraphs I-IV, the plaintiff's Statement of the Case. Herein but not limited thereto.

The plaintiff alleges via the verified complaint violations/-deprivations of the 8th Amendment of the U.S. Constitution. Due to the defendants cruel and unusual punishments via the use of excessive force solely intended to cause harm without any lawful purpose with the sole intent to harm for no legitimate lawful purpose. The defendants actions were "shocking to the-conscience" and had no lawful purpose to arrest and/or self-protection of the defendants in this instant civil rights complaint. Herein but not limited thereto.

The plaintiff has no plain, adequate or complete remedy at law to redres the wrongs described herein but not limited thereto.

## PRAYER FOR RELIEF

WHEREFORE: The plaintiff respectfully prays that this court enter judgement granting plaintiff:

A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

Compensatory damages in the amount of 250k against each defendant, jointly and severally.

Punitive damages in the amount of 750K, against each defendant.

PRAYER FOR RELIEF.(Cont.).

1. A Jury Trial on all issues triable by Jury.
2. Plaintiff's costs in this suit.
3. Any additional relief this court deems just and proper, and equitable. Herein but not limited thereto.

### VERIFICATION

I, Rafael Chavez-Alvarez, AV-6577, do hereby swear under penalty of perjury that the above is true and correct. I have personal knowledge of the above and so declare pursuant to Title 28, §1746, executed at CMF P.O. Box 2000, Vacaville, Ca. 95696, on 5/11/16.

X *[signature]* Rafael

Rafael Chavez-Alvarez AV-6577 declaring
Proper, indigent, plaintiff, herein

CC  File
    San Jose City Attorney/Counsel
    200 East Santa Clara St. San Jose, ca. 95113

    U.S. District Court
    280 South First St. #2112
    San Jose, Ca. 95113-3008